**Richard A. Lee**, OSB No. 842719
Email:  lee@bodyfeltmount.com
**Jamison R. McCune**, OSB No. 135547
Email:  mccune@bodyfeltmount.com
BODYFELT MOUNT LLP
319 SW Washington St., Suite 1200
Portland, Oregon  97204
Telephone: (503) 243-1022
Facsimile:  (503) 243-2019

 Attorneys for Defendant

**Thomas V. Dulcich**, OSB No. 802105
Email:  tdulcich@schwabe.com
**Colin Folawn**, OSB No. 112298
Email:  cfolawn@schwabe.com
**Anna Helton**, OSB No. 054424
Email:  ahelton@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW Fifth Ave., Suite 1900
Portland, Oregon  97204
Telephone: (503) 222-9981
Facsimile:  (503) 796-2900

 Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **DULCICH, INC.**, an Oregon corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>**ALTERRA EXCESS & SURPLUS INSURANCE COMPANY**, a Delaware corporation,<br><br>  Defendant. | Case No. 3:16-cv-00305-MO<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR FEES TO ANY PARTY** |

STIPULATION FOR DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR FEES TO ANY PARTY – Page 1

BODYFELT MOUNT LLP
Attorneys at Law
319 SW Washington Street, Suite 1200
Portland OR 97204
Phone: 503-243-1022 Fax: 503-243-2019

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff and Defendant, by and through their counsel of record, hereby stipulate that this action and all claims herein be dismissed with prejudice and without attorney fees or costs to any party.

_____
Colin Folawn, OSB No. 112298
Email: cfolawn@schwabe.com
Phone: 503-222-9981
Of Attorneys for Plaintiff

Date: August 7, 2017

s/ Richard A. Lee
_____
Richard A. Lee, OSB No. 842719
Email: lee@bodyfeltmount.com
Phone: 503-243-1022
Of Attorneys for Defendant

Date: August 7, 2017

STIPULATION FOR DISMISSAL WITH
PREJUDICE AND WITHOUT COSTS OR
FEES TO ANY PARTY – Page 2

BODYFELT MOUNT LLP
Attorneys at Law
319 SW Washington Street, Suite 1200
Portland OR 97204
Phone: 503-243-1022 Fax: 503-243-2019

CERTIFICATE OF SERVICE

I hereby certify that I served a true copy of the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR FEES TO ANY PARTY** on the following attorneys on the date noted below via the following method:

>Thomas V. Dulcich
>Anna Helton
>Colin Folawn
>Schwabe, Williamson & Wyatt, P.C.
>1211 SW 5th Ave., Suite 1900
>Portland, OR  97204
>Tel:  (503) 222-9981
>Fax: (503) 796-2900
>Email: tdulcich@schwabe.com
>          ahelton@schwabe.com
>          cfolawn@schwabe.com
>
>*Of Attorneys for Plaintiff*

Method:  ☐ US Mail, postage prepaid
☐ Facsimile
☐ Hand Delivery
☒ CM/ECF Electronic Service

Dated this 7th day of August, 2017.

BY:   s/ Richard A. Lee
Richard A. Lee, OSB No. 842719
Email:  lee@bodyfeltmount.com
Jamison R. McCune, OSB No. 135547
Email:  mccune@bodyfeltmount.com
Phone:  (503) 243-1022
Fax:  (503) 243-2019

Of Attorneys for Defendant

CERTIFICATE OF SERVICE – Page 1

BODYFELT MOUNT LLP
Attorneys at Law
319 SW Washington Street, Suite 1200
Portland OR 97204
Phone: 503-243-1022 Fax: 503-243-2019